UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ALLISON LUMPKIN and <br> MALLORY BOWLIN, individually and <br> on behalf of themselves and on behalf of <br> others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> CASH EXPRESS, LLC and <br> GARRY MCNABB, individually, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    NO. 2:23-cv-00003 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Joint Motion for Approval of Collective Action Settlement and to Dismiss Action with Prejudice ("Joint Motion") (Doc. No. 39) is before the Court. Plaintiffs assert claims against Defendants for violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.*, ("FLSA"). The Joint Motion requests, among other things, preliminary approval of the settlement ("Agreement"); and, for settlement purposes only, authorization of notice to the members of the proposed collective action regarding the settlement.

    1.    The Court has subject matter jurisdiction under 28 U.S.C. § 1331 and the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et* seq., ("FLSA").

    2.    The Court approves the Agreement as being fair, reasonable, and adequate and in the best interest of all the parties and other employees of Case Express, LLC, and the Court further finds that effecting a settlement of the FLSA claims is the most expeditious, efficient, and fair means of resolving such claims.

3. The Court therefore authorizes in accordance with the Agreement, and for purposes of settlement only, facilitation of notice to the following:

> ***All current and former hourly employees of Cash Express who traveled as part of their job duties for Cash Express, LLC in the United States between June 6, 2021 and August 7, 2024 ("FLSA Collective")***

4. The Court appoints the named plaintiffs as the representative.

5. The Court appoints Jackson, Shields, Yeiser, Holt, Owen & Bryant as counsel.

6. The Court approves the form of the notice of collective action settlement attached hereto. The Notice of Collective Action Settlement shall be mailed by the Settlement Administrator to the Settlement Collective Members at their last known mailing addresses.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT

# NOTICE OF COLLECTIVE ACTION SETTLEMENT

TO:   NAME
      ADDRESS              Claim Number:
      ADDRESS

*The Court authorized this Notice of Collective Action Settlement and Settlement Award check. This is not a solicitation. This is not a lawsuit against you, and you are not being sued.*

**PLEASE READ THIS NOTICE CAREFULLY BEFORE RESPONDING**

| 1. | **What is the Lawsuit About?** |
|---|---|

The United States District Court for the Middle District of Tennessee ("Court") presides over this Lawsuit, which was filed on June 7, 2023 by named Plaintiffs Allison Lumpkin and Mallory Bowlin ("Named Plaintiffs") against Cash Express, LLC and Garry McNabb ("Defendants").

Named Plaintiffs brought the Lawsuit as a "collective action" on behalf of themselves and other individuals who traveled as part of their work for Defendants as hourly paid employees in the United States at any time between June 7, 2021 through August 7, 2024 (the "Covered Period") (altogether, the "Settlement Collective Members"). Our records indicate that you are a potential Settlement Collective Member. As explained below, Named Plaintiffs alleged that they and the Settlement Collective Members were not paid for all hours worked, including overtime compensation for travel time to which they were entitled under the law.

Defendants deny that they failed to pay these individuals the full amount of compensation they were owed, deny any wrongdoing, and deny any and all liability and damages to anyone with respect to the allegations made in the lawsuit.

| 2. | **Why did I get this notice?** |
|---|---|

While Defendants deny the Lawsuit's allegations, and further deny that they have any liability at all, the Parties negotiated and reached a settlement that fully and finally resolves the Lawsuit's allegations without the time and expense that would be associated with further litigation (the "Settlement").

You received this Collective Action Settlement Notice ("Notice") because Defendants' records show you performed travel duties as an hourly paid employee of Defendants in the United States at any time between June 7, 2021 through August 7, 2024. This makes you a Potential Settlement Collective Member covered by the Lawsuit for the purposes of the Settlement.

As a potential Settlement Collective Member, you have the right to learn about the Settlement and, if you choose, to participate in it. You can participate in the Settlement by completing and submitting the Consent Form to opt into the Lawsuit.

| 3. | **What does the Settlement Provide?** |

The Court approved the Settlement on [**insert date**], 2024.

Defendants have agreed to pay a Total Maximum Settlement Amount of $261,950.00. The Total Maximum Settlement Amount will be used to make individual settlement payments to Opt-In Plaintiffs in accordance with a distribution formula that has been approved by the Court.

Under the Settlement, if you complete and submit the Consent Form, you will be entitled to a portion of the Total Maximum Settlement Amount, calculated based on Defendants' records of your work and travel hours. One-half of your payment is considered wages for which ordinary payroll and income taxes will be withheld. The other one-half of your payment is for alleged liquidated damages, from which no payroll or income taxes will be withheld. You will ***not*** pay any additional attorneys' fees or expenses out of your payment.

The Parties separately negotiated a General Release with Named Plaintiffs in exchange for which they will receive an additional settlement payment of $15,000.00 each.

| 4. | **Why is there a settlement?** |

*The settlement is a compromise.* It allows the Parties to avoid the costs and risks of further litigation or arbitration, and provides money to Opt-In Plaintiffs without delay. In reaching this Settlement, Defendants have not admitted that they violated any laws and the Court did not decide in favor of the Plaintiffs or Defendants.

| 5. | **What do I give up by participating in the Settlement?** |

If you participate in the Settlement by completing and submitting the Consent Form and becoming an Opt-In Plaintiff, you release Defendants; their parent companies, subsidiaries, affiliates, business units, members, shareholders; and their predecessors and successors, officers, directors, agents, employees, and assigns ("Released Parties") of all Fair Labor Standards Act ("FLSA") claims, and state, municipal, or local wage and hour claims that accrued to the Settlement Collective Members against the Released Parties for the time period between June 7, 2021 through August 7, 2024, including but not limited to claims under the FLSA or any other federal, state or local wage and hour law, pertaining to the alleged failure to pay for all hours worked, claims for unpaid wages (including overtime compensation), claims for unpaid travel time, and related claims for liquidated damages, interests, penalties, fees or costs, that were or could have been asserted in the Lawsuit based upon the facts alleged in the operative complaint ("Released Claims").

The Released Claims will be effective after you negotiate or cash your settlement check. To the fullest extent allowed by law, if you opt-in to the Settlement, you are prohibited from asserting any Released Claims, and from commencing, joining in, prosecuting, or voluntarily assisting in a lawsuit or adversarial proceeding against the Released Parties based on the Released Claims. You also agree to not opt-in, withdraw any opt-in, and dismiss any action or dismiss yourself from any action where you are a claimant, plaintiff, or appellant against the Released Parties. You also agree to opt-out of any actions if you become aware of such actions against Released Parties. This

prohibition does *not* prevent you from testifying in any legally compelled proceeding through service of a subpoena or other government or legal process.

If you choose not to opt-in to the Settlement, you retain your right to pursue claims raised in the Lawsuit in a separate legal action.

| 6. | How do I participate in the Settlement? |
|---|---|

To participate in the Settlement, you must complete, sign, and return the enclosed Consent to Join form ("Consent") by [**deadline**]. **All Consent forms must be postmarked or transmitted electronically by [deadline].**

| 7. | Do I have a lawyer in this case? |
|---|---|

The Court has designated the following law firm to serve as "Plaintiff's Counsel" and represent the interests of Named Plaintiffs and the potential Settlement Collective Members:

J. Russ Bryant
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
262 German Oak Drive
Memphis, Tennessee 38018
*rbryant@jsyc.com*
901-754-8001

| 8. | How Will the Attorneys for the Settlement Collective Be Paid? |
|---|---|

You do not have to separately pay the attorneys who represent the Settlement Collective Members. The Parties separately negotiated an attorneys' fee and cost payment to Plaintiffs' Counsel. Plaintiff's Counsel will receive $235,000.00 as approved by the Court, for all past and future attorneys' fees and reasonable costs incurred or that will be incurred in this Litigation through final administration of the Settlement as set for in the Agreement. This amount is in addition to the Total Maximum Settlement Amount of $261,950.00.

| 9. | Who May I Contact If I Have Further Questions? |
|---|---|

IF YOU NEED MORE INFORMATION OR HAVE ANY QUESTIONS, you may contact the Plaintiffs' Counsel listed above. Please refer to the Cash Express Settlement.

DO NOT CONTACT THE COURT.

# EXHIBIT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ALLISON LUMPKIN and<br>MALLORY BOWLIN, individually and<br>on behalf of themselves and on behalf of<br>others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CASH EXPRESS, LLC and<br>GARRY MCNABB, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   NO. 2:23-cv-00003<br>)<br>)<br>)<br>)<br>)<br>)   FLSA Opt-In Collective Action<br>)<br>)<br>) |

## CONSENT TO JOIN FORM

                                 [Collective Member Name]
                                 [Mailing Address 1]
**Claim ID: XYZ0123456**    [Mailing Address 2]
                                 [City, State ZIP]

    1.    I performed work as an hourly paid employee of Cash Express, LLC in the United States at some time between _____ through _____.

    2.    I consent to join this Litigation against Defendants. I understand this Litigation is brought under the Fair Labor standards Act of 1938, as amended 29 U.S.C. 216(b), *et seq.* With this Consent, I opt-in this Litigation and agree to be bound by the terms of any Court-approved Settlement, as described in the Notice.

    3.    I understand that, by completing and submitting this Consent and becoming an Opt-In Plaintiff, once the Court grants final approval of the Settlement, I fully release Defendants and the Released Parties of all Fair Labor Standards Act ("FLSA") claims, and state, municipal, or local wage and hour claims that accrued to me while working for Cash Express, LLC at any time between June 7, 2021 through August 7, 2024, including but not limited to claims under the FLSA, Tennessee state law, or any other federal, state or local wage and hour law, pertaining to the alleged failure to pay for all hours worked, claims for unpaid wages (including overtime compensation), claims for unpaid compensable travel time, and related claims for liquidated damages, interests, penalties, fees or costs, that were or could have been asserted in the Lawsuit based upon the facts alleged in the First Amended Complaint. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen & Bryant and attorney Russ Bryant, as well as any other attorneys

with whom they associate. I agree to keep them informed as to my correct mailing address and telephone number.

   4.  I understand the personal information provided on this Consent will not be used for purposes other than these legal claims.

   5.  By signing and submitting this Consent, I authorize the Parties (as defined in the Notice and Agreement) to release to the Claims Administrator all necessary personal or private information about me, including all information on my IRS Form W-2 or W-9, for the limited purpose of processing the settlement.

Date: _____  Signed: _____

The address stated above is the address that we have for mailing your payment under the settlement as described in the Notice. Please make any address corrections below:

_____
First Name           MI       Last Name

_____
Current Mailing Address               Apt #/Unit

_____
City              State     Zip Code

**THIS FORM MUST BE RETURNED TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS BELOW AND MUST BE POSTMARKED NO LATER THAN [MONTH/DAY], 2024.**

   JSYHOB – Cash Express - FLSA Settlement Claims Administrator
   c/o
   Address
   City, State  Zip Code